**No. 59020.**—H. A. Gogarty, Inc. *v.* United States, protest 247439–K (New York).

Opinion by EKWALI, J. An examination of the official papers disclosing nothing that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.